JANUARY 15, 1988

No. A–532. TERRENCE K. *v.* UNITED STATES DEPARTMENT OF STATE. D. C. E. D. N. Y. Application for stay, presented

to JUSTICE BLACKMUN, and by him referred to the Court, denied. The order entered January 9, 1988, in this case is vacated.